COLUMBUS BAR ASSOCIATION *v.* RYAN.

[Cite as Columbus Bar Assn. *v.* Ryan (1989), 45 Ohio St. 3d 374.]

(No. 89-719—Submitted July 11, 1989—Decided October 4, 1989.)

*Ransier & Ransier, Frederick Ransier III, Bruce Campbell, Cotruvo & Cusack* and *Mary Jo Cusack,* for relator.

*Frank A. Ray,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we concur in the board's findings and recommendation. Respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.